**Jason Shem SMITH, by and through his Father and Next Friend, Dr. Raymond F. Smith, Plaintiff-Appellant,**

v.

**Patricia Roberts HARRIS, Secretary of Health and Human Services, Defendant-Appellee.**

No. 79–4069
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

July 25, 1980.

J. David Crisp, Texarkana, Tex., for plaintiff-appellant.

John W. Wojciechowski, Dept. of Health and Human Services, Baltimore, Md., for defendant-appellee.

Before BROWN, TJOFLAT and FRANK M. JOHNSON, Jr., Circuit Judges.

* Fed.R.App.P. 34(a); 5th Cir. R. 18.

PER CURIAM:

Smith challenges the constitutionality of 42 U.S.C.A. § 402(d)(8)'s denial of secondary Social Security benefits to a child unrelated to and adopted after Smith became eligible for primary benefits. The only argument which was not considered and rejected by *Williams v. Califano*, 566 F.2d 1044 (5th Cir.), *cert. denied*, 439 U.S. 821, 99 S.Ct. 85, 58 L.Ed.2d 112 (1978), is that the then-decided decision in *Jiminez v. Weinberger*, 417 U.S. 628, 94 S.Ct. 2496, 41 L.Ed.2d 363 (1974), mandates a different result. For the reasons well-stated by *Clayborne v. Califano*, 603 F.2d 372 (2d Cir. 1979), *Jiminez* is entirely consistent with our decision in *Williams*. Even were we able to reconsider the decision of another panel of our Circuit,[1] we would agree with the analysis and result of *Williams*, and with the further elaboration by the Second Circuit in *Clayborne*.

AFFIRMED.

---

1. *E. g., Cargill, Inc. v. Offshore Logistics, Inc.*, 615 F.2d 212, 215 (5th Cir. 1980); *Williams v. Blazer Financial Services, Inc.*, 598 F.2d 1371 (5th Cir.), *rehearing en banc denied*, 605 F.2d 555 (1979).